**JOHN CARDULLIAS and JOHN GONATOS v. STATE OF FLORIDA**

11 So. (2nd) 572                                    January Term, 1943
February 2, 1943                                            Division B

*E. B. Casler Jr.,* and *Paul Lake,* for Appellant John Cardullias and *Archie Clement* and *J. C. Cain* for Appellant John Gonatos, appellants.

*J. Tom Watson,* Attorney General, and *Woodrow M. Melvin,* Assistant Attorney General, for appellee.

BUFORD, C. J.:

The appellants were convicted in the court below of the offense of breaking and entering a building of another with the intent to commit a felony, to-wit, grand larceny.

The evidence shows that a building had at the time alleged been broken and entered and that property valued at several

348

thousand dollars had then and there been stolen therefrom, but there is absolutely no evidence legally sufficient to even show a guilty knowledge on the part of either of the defendants in connection with such offense.

Judgment is reversed.

So ordered.

BROWN, THOMAS and SEBRING, JJ., concur.